IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr217

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | <u>Simmons</u> Dismissal |
| **JARED JEFFRIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss and Amended Motion to Dismiss. Having considered the government's motion and reviewed the pleadings in light of <u>United States v. Simmons</u>, \_\_\_ F.3d \_\_\_, 2011 WL 3607266 (4th Cir. Aug. 17, 2011), and it appearing that jeopardy has already attached, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#31) is **DENIED** as moot and the Amended Motion to Dismiss (#32) is **GRANTED,** the Verdict of the jury is set aside, and the Indictment in the above captioned case is **DISMISSED** with prejudice.

Signed: September 20, 2011

Max O. Cogburn Jr.
United States District Judge